UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JAEDON B., | ) | Civil Action No. 2:21-cv-00270 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

**<u>ORDER ON MOTION TO REMAND</u>**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council:

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings. On remand, the Commissioner will instruct an administrative law judge ("ALJ") to update the record, conduct a *de novo* hearing, and issue a new decision. The ALJ will also be instructed to reassess Plaintiff's medical improvement for continuing disability, continue through the sequential evaluation process, and, if necessary, consult with a vocational expert to determine if Plaintiff can perform jobs existing in significant numbers in the national economy.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991). The clerk

of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED.

Dated this 26th day of January, 2022.

                                                    /s/ Lance E. Walker
                                                UNITED STATES DISTRICT JUDGE